UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS VEALEY,

    Plaintiff,

v.                                      Case No.  8:08-cv-1750-T-30MAP

FIRST BANK OF DELAWARE,
a Delaware corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal of Action (Dkt. #6). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 3, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2008\08-cv-1750.dismissal 6.wpd